E-FILED
Wednesday, 18 September, 2019  03:35:04 PM
Clerk, U.S. District Court, ILCD

*In North Americas Consular Court*
*The United States Republic District Court*
*Central District in Illinois State Republic*
*Peoria Division*

19-1307



**FILED**

SEP 16 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Moorish/Heirship:  D.T. A'mmu Abdul Bey

    Ex rel:  De'Andre T Nichols
Petitioner/Plaintiff/Claimant/Affiant/Appellant


    Vs


    Michelle Clark
Defendant/Respondent


## Writ for Certiorari
## Affidavit to Remove Child from Custody

The purpose for this Writ for Certiorari is to remove a cause ("case")  from Peoria, Illinois "States Court" to the United States Republic District Court in Central District in Illinois  State Republic for review from a unlawful decision made in "State tribunal Court". The following code(s) from the United States Codes state the following to all clerk officers, deputies, and employees etc.

### 28 U.S.C § 1449, State court record supplied:

When a party is entitled to copies of the records and proceedings in any suit or prosecution in a state court, to be used in any district court of the United States, and the clerk of such State Court, upon demand, and the payment or tender of the legal fees, fails to deliver certified copies, the district court may, on affidavit reciting such facts, direct such record to be supplied by affidavit or otherwise. Thereupon such proceedings, trial, and judgement may be had in such district court, and all such process awarded, as if certified copies had been filed in the district court.

### 28 U.S.C § 1447 Procedure after removal generally

(A) In any case removed from a state court, the district court may issue all necessary orders and process to bring before it all proper parties whether severed by process issued by the state court or otherwise.

(B) It my require the removing party to file with its clerk copies of all records and proceedings in such state court or may cause the same to be brought before it by writ of certiorari issue to such state court.

28 U.S.C § 1448 Process after removal

In all case removed from any state court to any district court of the united states in which any one or more of the defendants has not been served with process or in which the service has not been perfected prior to removal, or in which process or service may be defective, such process issued in the same manner as in cases originally filed in such district court.

Black's Law Dictionary 4th edition

- **Entitled definition**
  In its usual sense, to entitle is to give, a right, or title. Felter v. Mc Clure, 135 Wash. 410, 237 P. 1010,. To qualify for; to furnish with proper grounds for seeking or claiming. Fitts v. Terminal Warehousing Corporation, 170 Tenn. 198, 93 S.W. 2d 1265, 1267. In re Graves, 325 Mo. 888, 30 S.W. 2d 149, 151. In ecclesiastical law. To entitle is to give a title or ordination as a minister.

- **Payment definition**
  The fulfilment of a promise, or the performance of an agreement. A discharge of a obligation or debt, and payment, if accepted, is a discharge pro tanto. Hattrem v. Burdick, 138 Or. 660, 6 P 2d 18, 19. In a more restricted legal sense payment is the performance of a duty, promise, or obligation, or discharge of a debt or liability, by the delivery of money or other value by a debtor to creditor, where the money or other valuable thing is tendered and accepted as extinguishing debt or obligation in whole or in part. Also the money or other thing so delivered. Root v. Kelley, 39 Misc. 530, 80 N.Y. Supp. 482; Moulton v. Robison, 27 N.H. 554; Clay v. Lakenam, 101 Mo. App. 563, 74 S.W. 391; Roberts v. Vonnegut, 58 Ind. App. 142, 104 N.E. 321, 326; Buhl Highway Dist. v. Allred, 42 Idaho 54, 238 P. 298, 304.

- **Copy definition**
  The transcript or double of an original writing; as the copy of a patent, charter, deed, etc. Nation v. Lowenstern, 27 N.M. 613, 204 P. 60, 62; State Text-Book Commission v. Weathers, 184 Ky. 748, 213. S.W. 207, 210; In re James' Estate, 18 Cal. 2d 512, 116 P 2d 438, 441.

- **Demand definition**
  A peremptory claim to thing of right, differing from claim, in that it presupposes that there is no defense or doubt upon question of right, Golden v. Golden, 155 Oki, 10, 8 P , 2d 42, 45; Andersin v. Commercial Credit Co., 110 Mont. 333, 101 P . 2d 367, 369; National Life & Accident Ins. Co. v. Dove, 141 Tex. 464, 174 S.W. 2d 245, 247.

- **Fail definition**

Fault, negligence, or refusal. Walker v. Sheffied Steel Corporation, 224 Mo. App. 849, 27 S.W. 2d 44, 48, Anderson v. Commercial Credit Co. 110 Mont. 333, 101 P. 2d 367, 369.

- **Certified Copy definition**
  A copy of a document or record, signed and certified as a true copy by the officer to whose custody the original is intrusted. People v. Foster, 27 Misc. 576, 58 N.Y. Supp. 574; Ehrlich v. Mulligan, 104 N.J Law, 375, 140 A. 463, 465, 51 A.L.R. 596.

- **Certiorari definition**
  To be informed of, to be. made certain in regard to.) The name of a writ of review or inquiry. Leonard v. Willcox, 101 Vt. 195, 142 A. 762, 766; Nissen v. International Brotherhood of Teamsters, Chauffeurs, Stablemen Helpers of America, 229 Iowa 1028, 295 N.W. 858.

- **Clerk of court definition**
  An officer of a court of justice who has charge of the clerical part of its business, who keeps its records and seal, issues process, enters judgments and orders, gives certified copies from the records, etc. Ross v. Heathcock, 57 Wis. 89, 15 N.W. 9; Gordon v. State, 2 Tex. App. 154. An assistant whose principal duty is t. make correct memorial of courts orders and directions. Peoples Ditch Co. v. Foothill Irr. Dist., 123 Cal.App. 251, 11 P.2d 86, 88.

Certiorari Is an appellate proceeding for re-examination of action of inferior tribunal or as auxiliary process to enable appellate court to obtain further information in pending cause, Shapleigh Hardware Co. v. Brumfield, 159 Miss. 175, 130 So. 98. A writ directed only to an inferior tribunal, Stewart v. Johnston, C.C.A.Cal., 97 F.2d 548. It is a discretionary writ, Lennon v. School Dist. No. 11, Greer County, 189 Okl. 37, 113 P.2d 382, 384. Issued only for good cause on showing negativing laches in prosecuting appeal, In re Snelgrove, 208 N.C. 670, 182 S.E. 335, 336. It is available for review of official, judicial or quasi judicial actions. State v. Canfield, 166 Minn. 414, 208 N.W. 181; People ex rel. Elmore v. Allman, 382 Ill. 156, 46 N.E.2d 974, 975. It brings into superior court the record of the administrative or inferior judicial tribunal for inspection, Murphy v. Cuesta, Rey  Co., 381 Ill. 162, 45 N.E.2d 26, 28

Originally, and in English practice, an original writ commanding judges or officers of inferior courts to certify or to return records or proceedings in a cause for judicial review of their action. Jacob; Ashworth v. Hatcher, 98 W.Va. 323, 128 S.E. 93. For other common-law definitions, see F. N. B. 554 A; Bac.Abr. 162, 168, citing 4 Burr. 2244; In re Dance, 2 N. D. 184, 49 N.W. 733, 33 Am.St.Rep. 768.

18 U.S.C § 89, Financing extortionate extensions of credit
18 U.S.C § 1968 Civil Investigations demand
18 U.S.C § 1963 Criminal Penalties

 I am entitled to those certified copy documents without entering, agreeing or been obligated to any contract " Financial Statement" no payment of any kind would not be performed. In good intentions; I'm demanding all clerks, deputies and employees to certified mail all necessary and important documents without any discrimination whatsoever. Fail to do

so, I shall file criminal charges against anyone who are or is depriving the right to those document I seek to discover and uncover the errors that exits in those documents to be review in any district court I choose to have reviewed.

United States Republic Constitution

**Article one (1), Section ten (10)**
No State shall enter into any  Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make anything but gold and silver Coin a tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any  Title of Nobility

Those unlawful financial statement contracts that all State and federal clerk issue to `The People´ are in violation. The United States Republic Constitution state anything but gold and silver coin in payment of debts.

**Article three (3), Section one (1)**
The judicial Power of the United States, shall be vested in one supreme court, and in such inferior court as the Congress may from time to time ordain and establish. The Judges, both of the supreme and
inferior Courts, shall hold their Offices during good Behaviour, and shall at stated Times, receive for  their Services, a Compensation, which shall not be diminished during their Continuance in Office.

**Section two (2)**
The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and the Treaties made, or which shall be made, under their Authority; - to all Cases affecting Ambassadors, other public Ministers and Consuls; - to all Cases of admiralty and maritime Jurisdiction; - to Controversies to which the United States shall be a Party; - to Controversies between two or more States; between a State and Citizens of another State; between Citizens of different States, - between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof; and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in  the State where the said Crimes shall have been committed; but when not committed within any State,  the Trial shall be at such Place or Places as the Congress may by Law have directed.

**Article four (4)**
The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

**Article six (6)**
All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all  Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious test shall ever be required as a Qualification to any Office or public trust under the United States.

### Amendment four (4)
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Amendment nine (9)
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.


The Treaty for Peace and Friendship with the United States Corporation and The Morocco Empire

### Article one (1)
We declared that both parties have agreed that this treaty consisting of twenty-five articles shall be inserted in this book and delivered to the honorable Thomas Barclay, the agent of the United States now at our court, with whose Approbation it had made and who is duly authorized on their part, to treat with us concerning all the matter contained therein.

### Article twenty (20)
If any of the citizen of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties and whenever the consul shall require any aid or assistance from our Government to enforce his decisions it shall be immediately granted to him. (Civil) AA222141

### Article twenty-one (21)
If a citizen of the United States should kill or wound a Moor or on the contrary if a Moor shall kill or wound a citizen of the United States, the Law of the country shall take place and equal Justice shall be render, the consul assisting at the tryal, and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever. (Criminal) AA222141


American Declaration on the rights for Indigenous Peoples

### Article one (1)  Section one (1) and Section two (2)
The American Declaration on the Rights of Indigenous Peoples applies to the indigenous peoples of the  Americas.

Self-identification as indigenous peoples will be a fundamental criteria for determining to whom this  Declaration applies. The states shall respect the right to such self-identification as indigenous,  individually or collectively, in keeping with the practices and institutions of each indigenous people.

### Article three (3)

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

**Article five (5)**
Indigenous peoples and persons have the right to the full enjoyment of all human rights and fundamental freedom, as recognized in the Charter of the United Nations, the Charter of the Organization of American States and international human rights law.

**Article seventeen (17)  Section one (1) and Section two (2)**
The family is a natural and fundamental group unit of society. Indigenous peoples have the right to  preserve, maintain, and promote their own family systems. State shall recognize, respect, and protect  the various indigenous forms of family, in particular the extended family, as well as the forms  of  matrimonial union, filiations, descent,  and family name. In all cases, gender and generational equity shall be recognized and respected.

In matters relating  to custody, adoption, severance of family ties, and related matters, the best interests of the child shall be a primary consideration. In determining the best interests of the child,  courts and other relevant institutions shall take into account  the right of every indigenous child, in community with member of his or her people, to enjoy his or her own culture, to profess and practice  his or her own religion or to use his or her own language and in this regard state shall look to the indigenous  law of the peoples concerned and shall consider their points of view, rights and interest, including their status, nationality, and the constitution law

**Article twenty-one (21) Section one (1) and Section two (2)**
Indigenous peoples, in demonstrating their rights to self-determination, have the right to autonomy or self-government in matters relating to their international and nationality status, as well as ways and means for financing their autonomous functions.

Indigenous peoples have the right to maintain and develop their own decision-making institutions. They  also have the right to participate in the decision making in matters which would affect their rights. They  may do so directly or through their representatives, and accordance with their own norms, procedures,  and traditions. They also have the right to equal opportunities to access and to participate fully and  effectively as peoples in all national institutions and fora, including deliberative bodies.

**Article thirty-one (31)**
Indigenous peoples have the right to effective and appropriate remedies, including prompt  judicial remedies, for the reparation of all violations of their Human and Natural rights. The states, with full and effective participation for indigenous peoples, shall approve the necessary mechanisms for the exercise for their rights.

U.S.C § 1746 Unsworn declaration under penalty of perjury

Whenever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is require or permitted to be support, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit.
(Mandatory Filing)

I D.T.A'mmu Abdul Bey affirmto this writ for certiorari and affidavit to remove child from custody to be true and correct. And Under The Moorish Zodiac Constitution and also under penalty of perjury.

28 U.S.C § 951 Oath of office of clerks and deputies

_____

Signature from notary public

Seal:

C/o 4757 Oakhurst Court
Indianapolis, Indiana Republic State

Additional acknowledgment from the Treaty for Peace and Friendship between the United States Corporation and The Morocco Empire

**Article six (6)**
If any Moor shall bring Citizens of the United States or their Effect to His Majesty, the citizens shall immediately be set a Liberty and the Effects restored, and in like Matter, if any Moor not a subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

**Article twenty-four (24)**
If any difference shall arise by either Party infringing on any of the Articles of this Treaty, Peace, and Harmony shall remain notwithstanding in the fullest force until a friendly Application shall be made for an Arrangement, and until that

Application shall be rejected no appeal shall be made to Arms. And if a war shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.



U.S. POSTAGE PAID
FCM LETTER
INDIANAPOLIS, IN
SEP 03 19
AMOUNT
$4.20
R2304E106241-14

61602

7019 0700 0001 4249 4019

To: Peona Division
100 N.E. Monroe
Street Room 305
PEORIA Illinois
61614

From: 4157 Oakhurst
Drive, Indianapolis
Indiana

ReadyPost
Document Mailer