Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| D'Andre T. Nichols, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 19-cv-1307 |
| Michelle Clark, | ) |
| Defendant. | ) |

FILED
OCT 21 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff recovers nothing, and the action against defendant is dismissed with prejudice.

Dated: 10/21/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court